■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAMIAN CORBETT, Appellant. [741 NYS2d 715] —Appeal by the defendant from a judgment of the County Court, Rockland County (Nelson, J.), rendered December 14, 1999, convicting him of criminal possession of a forged instrument in the second degree and grand larceny in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The defendant's contention that the County Court erred in its *Sandoval* ruling (*see People v Sandoval,* 34 NY2d 371) is unpreserved for appellate review. In any event, the County Court ruling was a provident exercise of its discretion (*see People v Gray,* 84 NY2d 709, 712-713; *People v Pavao,* 59 NY2d 282, 292; *People v Sandoval, supra*; *People v Townley,* 245 AD2d 322).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80). Santucci, J.P., Altman, S. Miller and McGinity, JJ., concur.